UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

**Chambers of**
Richard D. Bennett
United States District Judge
Northern Division

U.S.Courthouse - Chambers 5D
101 W. Lombard Street
Baltimore, MD 21201
Tel:  410-962-3190
Fax: 410-962-3177

October 6, 2010

**LETTER ORDER**

TO COUNSEL OF RECORD

RE:   *USA v. Currie, et al.*
        Criminal No. RDB-10-532

Dear Counsel:

As a result of a telephone conference on September 27, 2010, this Court entered a Scheduling Order in this matter by Letter Order, setting a trial date of June 6, 2011 (Paper #21).  During that conference, counsel for the Defendant Senator Currie requested a trial date in the Fall of 2011, and now documents that request by a letter of September 30, 2010 (Paper #24).  Counsel for the Government has opposed this request (Paper #25).  This Court has carefully reviewed and reflected upon the request of Senator Currie's counsel and it is DENIED.

The scheduled trial date in this case provides all three defendants with *nine months* after indictment to prepare for trial.  With respect to Senator Currie's time commitments during the General Assembly Session of 2011, this Court does not accept the proposition that he is "largely unavailable" for that entire time period.  With respect to review of discovery material, this material is now available upon the execution of discovery agreements by the defendants.

This is a case of important public interest.  A trial date scheduled *nine months* after indictment provides the Defendants with more than sufficient opportunity to prepare for trial.  Pursuant to this Court's Order of September 27, 2010, counsel shall submit the appropriate Speedy Trial Act Order and agreed briefing schedule for the filing of motions by the end of this month.  In the event that there are any issues that arise with respect to discovery, this Court is available for telephone conferences.

        Sincerely,

        /s/

        Richard D. Bennett
        United States District Judge

RDB/klf