# OFFICE OF THE FEDERAL PUBLIC DEFENDER
# DISTRICT OF MARYLAND

NORTHERN DIVISION
TOWER II, NINTH FLOOR
100 SOUTH CHARLES STREET
BALTIMORE, MARYLAND  21201-2705
TEL:  (410) 962-3962
FAX:  (410) 962-0872

JAMES WYDA                                                                                                              JOSEPH L. EVANS
FEDERAL PUBLIC DEFENDER                                                              ASSISTANT FEDERAL PUBLIC DEFENDER

April 6, 2011

The Honorable Richard D. Bennett
United States District Court for the
    District of oblige
United States Courthouse
101 West Lombard Street
Baltimore, Maryland 21201

Re: *United States v. Ulysses Currie, et al*
    Crim. No., RDB-10-0532

Dear Judge Bennett:

I am writing this letter regarding the request by the government for a two week delay in the commencement of the trial in this matter.

It has **always** been my personal practice to oblige the scheduling concerns of all counsel absent reasonably compelling circumstances, and the government's request in this matter is no exception.  It is for that reason that I did not object to the request, though with one proviso not mentioned in the government's filing.  In discussions leading up to the government's request, I had indicated to government counsel that I was scheduled to begin a tax evasion and bankruptcy fraud trial in *United States v. Dean Bateson, et al.*, Crim. No. MJG-10-172.  Judge Garbis has informed counsel that that case will begin either October 31 or November 7, 2011.  The trial date in *Bateson* has now been changed twice to accommodate the *Currie* trial.  I was not comfortable agreeing to the postponement in *Currie* without regard for Judge Garbis and the *Bateson* matter. Of course, government counsel in *Bateson* indicated that **she** would support a change in the *Bateson* schedule by reason of *Currie*, but I did expressly condition my lack of objection to alter the *Currie* schedule on Judge Garbis' recognition of the impact that the *Currie* change would have on *Bateson*.  I say this because I am no way near as sanguine as is government counsel that the *Currie* trial will move more speedily than originally contemplated.

The Honorable Richard D. Bennett
April 6, 2011
Page 2

  So, just to make my position clear: I do not object to the government's requested two week delay in *Currie* so long as Judge Garbis is willing and able to address the change in the *Bateson* trial schedule that will inevitably occur.  I am sending a copy of this letter to Judge Garbis and to all counsel in *Bateson* as well as to all counsel in *Currie*.

  As always, thank you for your consideration in this matter.

               Very truly yours,

                /s/
               Joseph L. Evans, #02055
               Assistant Federal Public Defender

cc: The Honorable Marvin J. Garbis

 Kathleen Gavin, Esq.
 Assistant U.S. Attorney

 Leo Wise, Esq.
 Assistant U.S. Attorney

 Joshua Treem, Esq.

 Nicholas Vitek, Est.

 Jonathan Zucker, Esq.

 Joyce K. McDonald, Esquire
 Assistant U.S. Attorney

 Daniel J. Hurson, Esquire
 (Counsel for Cynthia Bateson)

 Katherine J. Newberger, Esquire
 Assistant Federal Public Defender