**U.S. Department of Justice**

*United States Attorney*
*District of Maryland*
*Northern Division*

*Rod J. Rosenstein*
*United States Attorney*

*Kathleen O. Gavin*
*Assistant United States Attorney*

*36 South Charles Street*
*Fourth Floor*
*Baltimore, Maryland 21201*

*DIRECT: 410-209-4887*
*MAIN: 410-209-4800*
*FAX: 410-962-3091*
*TTY/TDD: 410-962-4462*
*Kathleen.Gavin@usdoj.gov*

April 20, 2011

The Honorable Richard D. Bennett
United States District Judge
United States Courthouse
101 West Lombard Street
Baltimore, Maryland 21201

       Re: United States v. Currie, et al.
           Criminal No. RDB-10-0532

Dear Judge Bennett:

      I am writing to clarify and provide further information on one aspect of the computer evidence that was at issue in yesterday's motions hearing in this matter.

      One of the nine imaged Shoppers computers was a laptop computer. For some technical reason, the laptop could not be imaged on site at the time of the execution of the search warrant in May, 2008. Accordingly, that laptop was physically seized and imaged later at the FBI. As indicated yesterday, the government has already provided the search results from all nine computer images, including the laptop, to the defense.

      It had been my understanding that the laptop itself had been returned to Shoppers some time ago. After yesterday's hearing, I learned that my understanding is incorrect and that the FBI is still in possession of the laptop. This morning, I contacted Ed Magarian, counsel for Shoppers, and have made arrangements to return the laptop immediately so that it can be subject to the Rule 17(c) subpoena discussed during the hearing.

Honorable Richard D. Bennett
April 20, 2011
Page 2


  I apologize for my error. I am available at the Court's convenience if further information is needed.

            Very truly yours,

            Rod J. Rosenstein
            United States Attorney


         By:_____/s/_____
           Kathleen O. Gavin
           Assistant United States Attorney

cc: Joseph L. Evans, Esquire
  Lucius T. Outlaw, III, Esquire
  Joshua Treem, Esquire
  Nicholas Vitek, Esquire
  Jonathan Zucker, Esquire