IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | Criminal No. RDB-10-0532 |
| ULYSSES CURRIE, et al | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**WITHDRAWAL OF MOTION FOR IMMEDIATE DISCLOSURE
OF COMPLETE JENCKS STATEMENTS**

The defendant, Ulysses Currie, by his undersigned attorneys, and with the concurrence of the co-defendants, hereby respectfully withdraws the earlier filed Motion for Immediate Disclosure of Complete Jenks Statements, and as a basis therefor states that the parties have satisfactorily resolved the issue without the need for action by the Court.

Respectfully submitted,

JAMES WYDA
Federal Public Defender


        /s/        
JOSEPH L. EVANS, #02055

        /s/        
LUCIUS T. OUTLAW, III, #94226
Assistant Federal Public Defenders
100 South Charles Street
Tower II, Ninth Floor
Baltimore, Maryland  21201
(410) 962-3962 (p)
(410) 962-0872 (f)
Email: joseph_evans@fd.org
            lucius_outlaw@fd.org