**U.S. Department of Justice**

*United States Attorney*
*District of Maryland*
*Northern Division*

| | | |
|---|---|---|
| *Rod J. Rosenstein* | *36 South Charles Street* | *DIRECT: 410-209-4887* |
| *United States Attorney* | *Fourth Floor* | *MAIN: 410-209-4800* |
| | *Baltimore, Maryland 21201* | *FAX: 410-962-3091* |
| *Kathleen O. Gavin* | | *TTY/TDD: 410-962-4462* |
| *Assistant United States Attorney* | | *Kathleen.Gavin@usdoj.gov* |

September 13, 2011

The Honorable Richard D. Bennett
United States District Judge
United States Courthouse
101 West Lombard Street
Baltimore, Maryland 21201

    Re:    United States v. Currie, et al.
              Criminal No. RDB-10-0532

Dear Judge Bennett:

    In connection with the Government's Motions *in Limine*, filed last Friday, I had intended to draw the Court's attention to the fact that there appears to be a circuit split on the issue of the specific intent required under the Travel Act. That circuit split, as well as the current state of the law in the Fourth Circuit, is explained in detail in *United States v. Barbeito*, 2010 WL 2243878 at *34-38 (S.D.W.Va. 2010), which is cited at page 10 of our motion. The Fourth Circuit's view is contrary to the Sixth Circuit's view in *United States v. Stagman*, 446 F.2d 489, 491-92 (6$^\text{th}$ Cir. 1971). Sand & Siffert's Pattern Jury Instruction 60-9 on the knowledge required under the Travel Act is based on the *Stagman* decision.

Honorable Richard D. Bennett
September 13, 2011
Page 2

      I apologize for my omission and respectfully request that the Court accept this letter as a supplement to our motion.

      Respectfully,

      Rod J. Rosenstein
      United States Attorney


      By:_____/s/_____
      Kathleen O. Gavin
      Assistant United States Attorney


cc: Joseph L. Evans, Esquire
    Joshua Treem, Esquire
    Jonathan Zucker, Esquire